UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID LEE SESSIONS,

      Plaintiff,

-vs-              Case No. 6:10-cv-1568-Orl-28GJK

ATLANTIC RECORDING
CORPORATION, SLIP-N-SLIDE
RECORDS, INC., BIG GATES
RECORDS, LLC, ALGERNOD LANIER
WASHINGTON,

      Defendants.
_____

## ORDER

This case is before the Court on Defendant Slip-N-Slide Records, Inc. and Atlantic Recording Corporation's Motion to Transfer Venue to the Southern District of Florida (Doc. No. 29) filed April 25, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. 48) and Defendants' Response thereto (Doc. 49), the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed August 11, 2011 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. Defendant Slip-N-Slide Records, Inc. and Atlantic Recording Corporation's Motion to Transfer Venue to the Southern District of Florida (Doc. No. 29) is **GRANTED**.

  3. This case is transferred to the Southern District of Florida. The Motion to Extend Time for Mediation (Doc. 50) is **DENIED as moot.**

  4. The Clerk of the Court is directed to transfer this case to the Southern District of Florida, Miami Division, and to thereafter close the file in this Division.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of August, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party